ABRAHAM R. ALDERMAN *vs.* BENJAMIN YASMER ET AL.

Third Judicial District.

Argued April 9th—decided May 28th, 1918.

ACTION to recover for merchandise sold, brought to the Court of Common Pleas in New Haven County and tried to the jury before *Wolfe, J.*; the jury returned a verdict for the defendants, which the court, upon motion of the plaintiff, set aside as against the evidence, and from this action the defendants appealed. *No error.*

*Joseph Koletsky,* for the appellants (defendants).

*Jacob Caplan,* for the appellee (plaintiff).

Opinion filed with the clerk of the Court of Common Pleas in New Haven County.